Helen F. Dalton & Associates, PC
Roman Avshalumov (RA 5508)
69-12 Austin Street
Forest Hills, NY 11375
Telephone: 718 263 9591

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JORGE SANCHEZ on his own behalf and
on behalf of others similarly situated,

                                      CONSENT TO JOIN LAWSUIT

                Plaintiffs,          CONSENTIMIENTO
                                      PARA HACER
-against-                              PARTE DE UN A DEMANDA
                                      08 civ. 3525

SIGNATURE CLEANING SERVICES, INC.,
and ANDREW WISEBACH, an individual,      ECF Case

                Defendants
------------------------------------------------------------X

TO:   Clerk of Court, Southern District of New York
        500 Pearl Street, New York, NY 10007

I hereby consent to join this lawsuit as a party plaintiff.
(Yo, por medio de este documento, doy mi consentimiento para formar parte de la demanda como uno de los demandantes.)

Name/ Nombre:               JORGE SANCHEZ

Address/ Dirección:          *114 St Nicholas Av*

                                   *Brooklyn NY 11237*

Phone Number / Numero de Teléfono: *(718) 386 4507 - home*

Legal Representative / Abogado:    Roman Avshalumov

Signature / Firma:             *Jorge Sanchez*

Date / Fecha:                       _____