UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
JORGE SANCHEZ, on his own behalf
and on behalf of others similarly
situated,

                Plaintiff,

    - against -

SIGNATURE CLEANING SERVICES,
INC. and ANDREW WEISBACH,
an individual,

                Defendant.
------------------------------------------------------X

**RULE 7.1 STATEMENT**

08 CV 3525 (Lynch, J.)

PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND TO ENABLE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OF RECUSAL, THE UNDERSIGNED COUNSEL FOR SIGNATURE CLEANING SERVICES, INC. (A NON-GOVERNMENTAL CORPORATE PARTY) CERTIFIES THAT THE FOLLOWING ARE PUBLICLY HELD CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY, OWNING 10% OF SAID PARTIES' STOCK.

**NONE**

Dated: Mineola, New York
       June 12, 2008

                          MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP

                          By: _____
                              Richard M. Howard (RMH-2932)
                              Attorneys for Defendants
                              190 Willis Avenue
                              Mineola, New York 11501
                              (516) 747-0300

435223-1