UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

JORGE SANCHEZ, on his own behalf and on
Behalf of others similarly situated,

                              Plaintiffs,      :

      -against-                      :             **AFFIDAVIT OF SERVICE**

                                     :        **08 CV 3525 (Lynch, J.)**

SIGNATURE CLEANING SERVICES, INC. and
ANDREW WEISBACH, an individual,

                          Defendants.    :

_____X

STATE OF NEW YORK}
                 } ss:
COUNTY OF NASSAU}

      Carolyn A. Best, being duly sworn, deposes and says:

      That deponent is not a party to this action, is over 18 years of age and resides at Westbury, New York.

      That on the 12th day of June, 2008 deponent served an **ANSWER AND RULE 7.1 STATEMENT** upon:

Roman Avshalumov, Esq.
Helen F. Dalton & Associates, P.C.
69-12 Austin Street
Forest Hills, NY  11375

by depositing a true copy of same enclosed in a post-paid, properly addressed wrapper, in a post-office/official depository under the exclusive care and custody of the United States Postal Service within the State of New York

                                     _____
                                     CAROLYN A. BEST

Sworn to before me this
12th day of June, 2008

_____
NOTARY PUBLIC

MARYANN KATCHEN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 4891017
QUALIFIED IN QUEENS COUNTY
CERTIFICATE FILED IN NASSAU COUNTY
COMMISSION EXPIRES 4/27/11

435538-1