*Teleconference Facilities*

*Richard Howard, Esq.*
*Direct Dial: 516-747-0300 ext. 224*
*Direct Facsimile: 516-237-2893*
*Email: RHoward@meltzerlippe.com*

June 25, 2008

**VIA FEDERAL EXPRESS**
The Honorable Gerard E. Lynch
United States District Court
Southern District of New York
500 Pearl Street, Room 910
New York, New York 10007

                    **Re:  Sanchez v. Signature Cleaning Services, Inc., et al.**
                          **Docket No. 08 Civ. 3525**

Your Honor:

    I represent the Defendants in the above referenced matter. I am advised that an initial conference has been scheduled in for next week. I write jointly with Plaintiffs' counsel to ask that the conference be adjourned and the matter instead be directed to mediation.

    The Subject Amended Complaint essentially asserts violations of the Fair Labor Standards Act, 29 U.S.C. §201, et seq. and New York State Labor Law concerning payment of overtime to three (3) employees. The offices of Plaintiffs' and Defendants' counsel have worked together previously, amicably resolving just such types of actions and Mr. Avshalumov (the attorney in the office of Plaintiffs' counsel working directly on this matter) and I (the attorney in the office of Defendants' counsel working directly on this matter) just amicably resolved a similar action within the past 45 days.

    We have discussed the instant action and both believe that immediate mediation would be the best use of our clients' time and money. Should mediation prove unsuccessful we could promptly return to a litigation track, but we think that to likely be unnecessary.

436863-1

The Honorable Gerard E. Lynch
June 25, 2008
Page 2 of 2

      We consequently ask that the initial conference be adjourned 75 days to permit the mediation to conclude, thereby permitting us the opportunity to avoid what we believe will be unnecessary litigation for all concerned.

      Your consideration of the above is greatly appreciated.

                             Sincerely yours,
                             MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP

                             */S/ Richard M. Howard*
                             Richard M. Howard

cc:    Roman Avshalumov, Esq.
        Andrew Weisbach
        Peter Schneider, Esq.

436863-1