UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

JORGE SANCHEZ, on his own behalf and on behalf of others similarly situated,

       Plaintiffs,

  v.

SIGNATURE CLEANING SERVICES, INC. and ANDREW WISEBACH,

       Defendants.
-----------------------------------------------------------------x

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

08 Civ. 3525 (GEL) (RLE)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/08

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____
_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_X_ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

 Particular Motion: _____

 All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: New York, New York
    June 27, 2008

          /s/ Gerard E. Lynch
          GERARD E. LYNCH
          United States District Judge