

# Helen F. Dalton & Associates, P.C.
ATTORNEYS AT LAW

69-12 Austin Street, Forest Hills, NY 11375 • Tel.: 718-263-9591 • Fax: 718-263-9598

**Honorable Ronald L. Ellis**
United States Magistrate Judge
U.S. District Court, Southern District of NY
500 Pearl St., Room 1970
New York, NY 10007



July 25, 2008



Re: Jose Sanchez vs. Signature Cleaning,

Index # 2008 CV 3525

Dear Judge Ellis,

Our firm represents all of the Plaintiffs in this action. We have a Settlement Conference scheduled for August 21, 2008. However, I am going on vacation until the end of August and will be unable to attend. On consent from the defense attorney, I respectfully request that Settlement Conference be adjourned to September 9, 2008 at 11:00 AM.

Sincerely,

Roman Avshalumov (RA 5508)
Helen F. Dalton & Associates, P.C.
69-12 Austin Street
Forest Hills, NY 11375
Tel: (718) 263-9591 Fax: (718) 263-9598

**SO ORDERED**
_Ronald_ _____ 7-29-08
**MAGISTRATE JUDGE RONALD L. ELLIS**

CC: Via Fax
Richard Howard, Esq.
Meltzer, Lippe, Goldstein & Breinstone, LLP
190 Willis Ave.
Mineola, New York 11501
516.747.0300
Fax: 516.747.0653